IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01506-PAB-MEH

SONJA MORRIS,

    Plaintiff,

v.

MEMORIAL HEALTH SYSTEM,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 24, 2009.**

    The Uncontested Motion to Withdraw as Counsel [filed August 21, 2009; docket #17] is **granted**. Ms. Moore's representation of Defendant is hereby terminated.