IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01506-PAB-MEH

SONJA MORRIS,

    Plaintiff,

v.

MEMORIAL HEALTH SYSTEM,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 17, 2009.**

    Plaintiff's unopposed[1] Motion for Entry of Protective Order [filed November 25, 2009; docket #26] is **granted**.  The Protective Order is filed contemporaneously with this minute order.

---

[1] *See* docket #39.