IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01506-PAB-MEH

SONJA MORRIS,

    Plaintiff,

v.

MEMORIAL HEALTH SYSTEM,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 6, 2010.**

    Plaintiff's Motion to Vacate and Reset Hearing [filed April 1, 2010; docket #53] is **granted**. The hearing on Plaintiff's Motion to Compel scheduled for April 20, 2010 is **vacated and rescheduled** for **May 5, 2010, at 9:00 a.m.** in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C.COLO.LCivR 83.2B.